**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC<br><br>and<br><br>NOBLIS, Inc., *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02444 |

**NOTICE OF ERRATA REGARDING DEFENDANT TECHINT'S**
**CONSENT MOTION FOR EXTENSION OF TIME**

PLEASE TAKE NOTICE that on August 28, 2026 Defendant, TechINT Solutions Group, LLC, ("Defendant TechINT"), by and through undersigned counsel, filed a Consent Motion for Extension of Time (ECF 10) and inadvertently included attorney Andrea Belanger as counsel for Defendant. Andrea Belanger is not currently admitted to this Court. The corrected Consent Motion is attached as Exhibit 1 hereto.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Dedra S. Curteman*

Dedra S. Curteman (D.C. Bar No. 90021492)
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
(703) 483-8300 [Telephone]
(703) 483-8301 [Facsimile]
Dedra.Curteman@jacksonlewis.com
*Counsel for Defendant TechINT Solutions Group, LLC*