**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**TECHINT SOLUTIONS GROUP, LLC, *et al*.,**<br><br>***Defendants*.** | ) | **Case No: 1:26-cv-02444-EGS** |

**NOTICE OF APPEARANCE OF MICAH E. TICATCH**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the District of Columbia bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Noblis, Inc.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*

Edward Lee Isler, DC Bar No. 417076
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Noblis, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

John M. Pierce
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (321) 292-2366
Email: jpierce@johnpiercelaw.com

*Counsel for Plaintiff*
*Matthew Strickland*

Dedra Seibel Curteman
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Ste 400
Reston, VA 20191
703-483-8333
Email: dedra.curteman@jacksonlewis.com

*Counsel for Defendant*
*TechINT Solutions Group, LLC*

*/s/ Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Noblis, Inc.*