**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**TECHINT SOLUTIONS GROUP, LLC, *et al*.,**<br><br>***Defendants*.** | ) | **Case No: 1:26-cv-02444-EGS** |

**DEFENDANT NOBLIS, INC.'S CONSENTED TO MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Noblis, Inc. ("Noblis"), by counsel, respectfully moves the Court for entry of an Order extending the time for Noblis to respond to the Complaint filed by Matthew Strickland ("Plaintiff"). In support of this motion, Noblis states the following:

1. Plaintiff filed the Complaint with this Court on July 12, 2026.

2. On August 13, 2026, Plaintiff served the Complaint and Summons via process server upon Noblis's registered agent, C T Corporation System.

3. Accordingly, Noblis must file and serve its responsive pleadings to the Complaint on or before September 3, 2026.

4. Counsel for Plaintiff has consented to the filing of this Motion for a 30-day extension of time by which Noblis must file and serve its responsive pleadings (until Monday, October 5, 2026).

5. Noblis has not previously filed a motion to extend the time to file responsive pleadings in this matter.

6. Granting this motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

7. This motion is made in good faith and not for the purposes of delay.

8. The parties waive oral argument on this motion.

WHEREFORE, Noblis, by counsel, moves the Court to issue an order setting October 5, 2026 as the date by which it must file and serve its responsive pleadings in this matter. A proposed Order is being filed simultaneously

Dated: August 31, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*

Edward Lee Isler, DC Bar No. 417076
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Noblis, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

John M. Pierce
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (321) 292-2366
Email: jpierce@johnpiercelaw.com

*Counsel for Plaintiff*
*Matthew Strickland*

Dedra Seibel Curteman
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Ste 400
Reston, VA 20191
Tel: 703-483-8333
Email: dedra.curteman@jacksonlewis.com

*Counsel for Defendant*
*TechINT Solutions Group, LLC*

*/s/ Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Noblis, Inc.*