**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**TECHINT SOLUTIONS GROUP, LLC, *et al*.,**<br><br>***Defendants*.** | ) | **Case No: 1:26-cv-02444-EGS** |

**ORDER**

Upon consideration of Defendant Noblis's Consented to Motion for Extension of Time to Respond to Complaint ("Motion"), and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant Noblis shall file its responsive pleading to the Complaint on or before October 5, 2026.

Date: ______________________, 2026

___________________________________
The Honorable Emmet G. Sullivan
United States District Judge