**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-02444** |
| | ) | |
| **TECHINT SOLUTIONS GROUP, LLC, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

UPON consideration of Noblis, Inc.'s Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED; and the claims against Noblis, Inc. are hereby DISMISSED WITH PREJUDICE for failure to state a claim.

Dated: ____________________, 2026

______________________________________
Hon. Emmet G. Sullivan
United States District Judge

*Copies to:*

Micah E. Ticatch, DC Bar No. 1005398
Edward Lee Isler, DC Bar No. 417076
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
mticatch@islerdare.com
eisler@islerdare.com
*Counsel for Noblis, Inc.*

Dedra S. Curteman, DC Bar No. 90021492
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191

Dedra.Curteman@jacksonlewis.com
*Counsel for TechINT Solutions Group, LLC*

John M. Pierce
CA Bar No. 250443
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (321) 292-2366
Email: jpierce@johnpiercelaw.com
*Attorney for Plaintiff Matthew Strickland*

Charles Ross, Esq.
Charles Ross Law, PLLC
2001 L Street, NW, Ste. 500
Washington, D.C. 20036
Charles@charlesrossplc.com
*Counsel for Plaintiff*