**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC<br><br>and<br><br>NOBLIS, Inc., *et al.*,<br><br>Defendants. | Civil Action No. 26-02444 (EGS) |

**DEFENDANT TECHINT SOLUTIONS GROUP, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant TechINT Solutions Group, LLC ("TechINT"), by and through undersigned counsel, respectfully moves to dismiss Plaintiff Matthew Strickland's ("Plaintiff's") Complaint in its entirety as to Defendant TechINT pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim. As explained more fully in Defendant TechINT's accompanying Memorandum in Support of its Motion to Dismiss, Plaintiff's Complaint fails to state a claim of whistleblower or False Claims Act ("FCA") retaliation as to TechINT.

Date: October 5, 2026

Respectfully submitted,

*/s/ Dedra S. Curteman*

Dedra S. Curteman (D.C. Bar No. 90021492)
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
Tel: (703) 483-8333
Fax: (703) 483-8301
E-mail: Dedra.Curteman@jacksonlewis.com
*Counsel for Defendant TechINT*