**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MATTHEW STRICKLAND,

Plaintiff,

v.

TECHINT SOLUTIONS GROUP, LLC

and

NOBLIS, Inc., *et al.*,

Defendants.

Civil Action No. 26-02444 (EGS)

**ORDER**

UPON consideration of Defendant TechINT Solutions Group, LLC's Motion to Dismiss, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that the claims against Defendant TechINT Solutions Group, LLC are hereby DISMISSED WITH PREJUDICE for failure to state a claim.

Dated: ____________________, 2026

______________________________________
The Honorable EMMET G. SULLIVAN
United States District Judge