**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC<br><br>and<br><br>NOBLIS, Inc., *et al.*,<br><br>Defendants. | Civil Action No. 26-02444 (EGS) |

**ORDER**

UPON consideration of Defendant TechINT Solutions Group, LLC's Motion to Dismiss, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that the claims against Defendant TechINT Solutions Group, LLC are hereby DISMISSED WITH PREJUDICE for failure to state a claim.

Dated: ____________________, 2026

______________________________________
The Honorable EMMET G. SULLIVAN
United States District Judge