**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MATTHEW STRICKLAND,

Plaintiff,

v.

TECHINT SOLUTIONS GROUP, LLC, *et al.*,

Defendants.

Civil Action No. 1:26-cv-02444-EGS

**PROOF OF SERVICE ON DEFENDANT UNITED STATES OF AMERICA**
**DECLARATION OF JOHN M. PIERCE**

I, John M. Pierce, declare as follows:

1. I am counsel of record for Plaintiff Matthew Strickland in this action. I am over eighteen years of age and am not a party. I make this declaration on personal knowledge to prove service of the summonses and complaint on Defendant the United States of America.

2. **Service on the United States Attorney.** On August 12, 2026, at the United States Post Office at 3000 Murrell Road, Rockledge, Florida, I sent by certified mail, return receipt requested, addressed to the Civil Process Clerk, United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530, a copy of each of the following: the Summons directed to the United States Attorney (ECF No. 5); the Complaint (ECF No. 1); the Standing Order of the Honorable Emmet G. Sullivan (ECF Nos. 8 and 8-1); and the Notice and Consent regarding Magistrate Judge jurisdiction (ECF No. 5-1). The certified mail article number is 9589 0710 5270 2898 3897 38. The return receipt for this article was returned to me bearing a recipient's signature and a USPS date stamp of August 18, 2026. The USPS tracking record for this article reads "Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, August 18, 2026 4:43 AM." True and correct copies of the certified mail receipt, both sides of the signed return receipt, and the USPS tracking record are attached as Exhibits

A, B, and C.

3. **Service on the Attorney General.** On August 12, 2026, at the same post office, I sent by certified mail, return receipt requested, addressed to the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001, a copy of each of the following: the Summons directed to the United States Attorney General (ECF No. 7); the Complaint (ECF No. 1); the Standing Order (ECF Nos. 8 and 8-1); and the Notice and Consent regarding Magistrate Judge jurisdiction (ECF No. 5-1). The certified mail article number is 9589 0710 5270 2898 3897 45. The return receipt for this article has not been returned to me. The USPS tracking record for this article reads "Delivered, Individual Picked Up at Post Office" and states that the item was picked up at the post office at 4:43 a.m. on August 18, 2026, in Washington, DC 20530. True and correct copies of the certified mail receipt and the USPS tracking record are attached as Exhibits D and E.

4. A true and correct copy of the USPS retail receipt for these mailings, dated August 12, 2026, is attached as Exhibit F. The receipt lists both article numbers identified above. It also lists a third article, number 9589 0710 5270 2898 3897 21, which was a courtesy copy mailed to the United States Department of Homeland Security; Plaintiff does not rely on that mailing to establish service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2026, at Viera, Florida.

John M. Pierce (CA Bar No. 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
(321) 292-2366
jpierce@johnpiercelaw.com
*Attorney for Plaintiff Matthew Strickland*

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Certified Mail Receipt, Article No. 9589 0710 5270 2898 3897 38 (U.S. Attorney's Office), postmarked Aug. 12, 2026 |
| B | Domestic Return Receipt (PS Form 3811), Article No. 9589 0710 5270 2898 3897 38 (U.S. Attorney's Office), date-stamped Aug. 18, 2026 (front and back) |
| C | USPS tracking record, Article No. 9589 0710 5270 2898 3897 38, delivered Aug. 18, 2026 |
| D | Certified Mail Receipt, Article No. 9589 0710 5270 2898 3897 45 (Attorney General), postmarked Aug. 12, 2026 |
| E | USPS tracking record, Article No. 9589 0710 5270 2898 3897 45, delivered Aug. 18, 2026 |
| F | USPS retail receipt, Rockledge, Florida, Aug. 12, 2026 |

**EXHIBIT A**


U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington, DC 20530
OFFICIAL USE
Certified Mail Fee
$5.55
$
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $
Return Receipt (electronic) $ $0.00
Certified Mail Restricted Delivery $ $0.00
Adult Signature Required $ $0.00
Adult Signature Restricted Delivery $
Postage
$12.90
$
Total Postage and Fees
$23.10
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here
ROCKLEDGE, FL
AUG 12 2026
08/12/2026
32955-9998
PS Form 3800, January 2023 PSN 7530-02-000-9047
See Reverse for Instructions
9589 0710 5270 2898 3897 38

**EXHIBIT B**



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
601 D STREET NW
WASHINGTON, DC 20530

9590 9402 9790 5266 8964 18

2. Article Number *(Transfer from service label)*

589 0710 5270 2898 3897 38

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Evie Jassak ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* AUG 18 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 22

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**EXHIBIT B (continued)**



**EXHIBIT C**



Product Information

4:50

◂ Camera

Tracking Number:

Remove ✕

9589071052702898389738

Copy Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:43 am on August 18, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 18, 2026 4:43 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

tools.usps.com

**EXHIBIT D**



9589 0710 5270 2898 3897 45

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

Certified Mail Fee
$ $5.55

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ $12.90

**Total Postage and Fees**
$ $23.10

Postmark Here

ROCKLEDGE, FL
AUG 12 2026
32955-9998
08/12/2026

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

**EXHIBIT E**



4:50

◂ Camera

Product Information

Tracking Number:

Remove ✕

9589071052702898389745

Copy

Add to Informed Delivery

Latest Update

Your item was picked up at the post office at 4:43 am on August 18, 2026 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Delivered

Delivered, Individual Picked Up at Post Office

WASHINGTON, DC 20530

August 18, 2026 4:43 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Product Information

tools.usps.com

**EXHIBIT F**



UNITED STATES POSTAL SERVICE.

ROCKLEDGE
3000 MURRELL RD
ROCKLEDGE, FL 32955-9998
www.usps.com

08/12/2026 10:55 AM

TRACKING NUMBERS
9589 0710 5270 2898 3897 21
9589 0710 5270 2898 3897 45
9589 0710 5270 2898 3897 38

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Washington, DC 20528 | | | |
| Flat Rate | | | |
| Expected Delivery Date Sat 08/15/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 2898 3897 21 | | | |
| Return Receipt | | | $4.65 |
| Tracking #: 9590 9402 9790 5266 8964 01 | | | |
| Total | | | $23.10 |