# UNITED STATES DISTRICT COURT

for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW STRICKLAND**<br>*Plaintiff*<br>v.<br>**TECHINT SOLUTIONS GROUP, LLC; NOBLIS, INC.; THE UNITED STATES OF AMERICA**<br>*Defendant* | Civil Action No. 1:26-cv-02444-EGS |

## AFFIDAVIT OF SERVICE

I, Victor Arvaneh, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents to TECHINT SOLUTIONS GROUP, LLC in Stafford County, VA on August 14, 2026 at 11:40 am at 621 Marlborough Point Rd, c/o Craig Funicello, Registered Agent, Stafford, VA 22554-5812 by leaving the following documents with Criag Folichelow who as Owner is authorized by appointment or by law to receive service of process for TECHINT SOLUTIONS GROUP, LLC.

SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 55-64, Hair: Gray, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.35664,-77.290015
Photograph: See Exhibit 1

Total Cost: $203.00

Server Signature
Victor Arvaneh
+1 (502) 243-5734

Subscribed and sworn to before me this 14 day of AUGUST 2026, by Victor Arvaneh
Server Name

Witness my hand and official seal.
Notary Public

My commission expires: 8/31/29

Notary Stamp

DEBBIE E ARVANEH
Notary Public
Commonwealth of Virginia
Registration No. 00345936
My Commission Expires Aug 31, 2029


Exhibit 1a)
8/14/2026 11:40 am EDT
621 Marlborough Point Rd, c/o Craig Funicello, Registered Agent, Stafford, VA 22554-5812
38.3566400, -77.2900150

Filed:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02444-EGS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TECHINT SOLUTIONS GROUP, LLC
was received by me on *(date)* 8/12/2026 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Criag Folichelow , who is designated by law to accept service of process on behalf of *(name of organization)* TECHINT SOLUTIONS GROUP, LLC on *(date)* 8/14/2026 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ 203.00 for services, for a total of $ 203.00

I declare under penalty of perjury that this information is true.

Date: 8/14/26 [signature]

*Server's signature*

Victor Arvaneh

*Printed name and title*

118 Lupine Drive, Stafford , VA 22556

*Server's address*

Additional information regarding attempted service, etc:

DEBBIE E ARVANEH
Notary Public
Commonwealth of Virginia
Registration No. 00345936
My Commission Expires Aug 31, 2029

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

MATTHEW STRICKLAND

*Plaintiff(s)*

v.

TECHINT SOLUTIONS GROUP, LLC
NOBLIS, INC.
THE UNITED STATES OF AMERICA

*Defendant(s)*

Civil Action No. 1:26-cv-02444-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TECHINT SOLUTIONS GROUP, LLC
c/o Craig Funicello, Registered Agent
621 Marlborough Point Rd
Stafford, VA 22554 5812

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Pierce (CA Bar 250443)
John Pierce Law P.C.
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 7/13/2026

/s/ Ma. Ursula Masagca

*Signature of Clerk or Deputy Clerk*