# UNITED STATES DISTRICT COURT

for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MATTHEW STRICKLAND** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:26-cv-02444-EGS |
| **TechINT Solutions Group, LLC et al.** | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Deborah Mobley, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents to NOBLIS, INC. in Henrico County, VA on August 13, 2026 at 11:43 am at 4701 Cox Rd, Ste 285, Glen Allen, VA 23060-6808 by leaving the following documents with who as at CT Corp is authorized by appointment or by law to receive service of process for NOBLIS, INC..

SUMMONS IN A CIVIL ACTION
Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=37.6657226738,-77.5710371204
Photograph: See Exhibit 1

Total Cost: $168.00

Deborah Mobley
Server Signature
Deborah Mobley
+1 (540) 295-0867

Subscribed and sworn to before me this 18th day of August, 2026, by Deborah Mobley
Server Name

Witness my hand and official seal.

Notary Public

My commission expires: 6/30/28

Notary Stamp

JUSTIN M FREITAS-ANAKALEA
NOTARY PUBLIC
REGISTRATION # 7997494
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2028

Exhibit 1a)
8/13/2026 11:43 am EDT
4701 Cox Rd, Ste 285, Glen Allen, VA 23060-6808
37.6657227, -77.5710371

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

***As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.***

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lauren Everett    Nikolas Williams    Rockayla Marable    Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

Lauren Everett

Lauren Everett
Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lauren Everett, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 26 day of March, 2026.

Notary Public

ARMAN AHMED
NOTARY PUBLIC
REG # 00380217
MY COMMISSION EXPIRES 05/31/2029
COMMONWEALTH OF VIRGINIA

Exhibit 1b)


8/13/2026 11:43 am EDT
4701 Cox Rd, Ste 285, Glen Allen, VA 23060-6808
37.6657227, -77.5710371
285
Wolters Kluwer
CT Corporation
System National
Registered Agents, Inc.
Business Filings,
Incorporated
Process Server Hours
8:30am - 3:00pm
Please Push Door

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| MATTHEW STRICKLAND<br><br>*Plaintiff(s)*<br>v.<br>TECHINT SOLUTIONS GROUP, LLC<br>NOBLIS, INC.<br>THE UNITED STATES OF AMERICA<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-02444-EGS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NOBLIS, INC.
c/o C T Corporation System, Registered Agent
4701 Cox Rd, Ste 285
Glen Allen, VA 23060 6808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Pierce (CA Bar 250443)
John Pierce Law P.C.
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 7/13/2026

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

Proof Job #1978054 | Serve #SRV-1HVK6EP