**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-02444-EGS |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Matthew Strickland respectfully moves for a one-week extension, from October 19, 2026 to October 26, 2026, of his deadline to respond to the motions to dismiss filed by Defendant Noblis, Inc. (ECF No. 15) and Defendant TechINT Solutions Group, LLC (ECF Nos. 16 and 17). Noblis consents to this motion, and TechINT does not oppose it. In support, Plaintiff states as follows:

1. On October 5, 2026, Noblis moved to dismiss the Complaint (ECF No. 15), and TechINT moved to dismiss the Complaint (ECF No. 16) and refiled the same motion with its supporting memorandum later that day (ECF No. 17). Under Local Civil Rule 7(b), Plaintiff's responses to those motions are due October 19, 2026.

2. Plaintiff served the United States on August 18, 2026. ECF No. 18. The United States has not yet appeared. The docket reflects that its response to the Complaint is due October 17, 2026; because that date falls on a Saturday, the response is due Monday, October 19, 2026—the same day as Plaintiff's current deadline. *See* Fed. R. Civ. P. 6(a)(1)(C), 12(a)(2).

3. Good cause supports the short extension requested. One additional week will allow Plaintiff to respond fully to both motions and to take into account the United States' response

to the Complaint, so that the positions of all Defendants can be addressed together. This is Plaintiff's first request for an extension of this deadline. It is made before the deadline expires and more than three business days before it. No scheduling order has been entered, and the extension will not affect any other deadline in this case apart from the moving Defendants' reply deadlines, which will follow from the new response date. Plaintiff previously consented to each of TechINT's and Noblis's requests for additional time to respond to the Complaint. *See* ECF Nos. 10, 14; Minute Orders of Aug. 28 and Aug. 31, 2026.

4. **Local Civil Rule 7(m) statement.** On October 6, 2026, counsel for Plaintiff conferred in writing with counsel for Noblis and counsel for TechINT regarding the relief requested in this motion. Noblis consents to the requested extension, and TechINT does not oppose it. No counsel has entered an appearance for the United States, so Plaintiff was unable to confer with counsel for the United States.

5. **Standing Order ¶ 10 statement.** Noblis and TechINT have agreed to the alternative date proposed in this motion, October 26, 2026. The United States has not appeared, and Plaintiff therefore has not been able to obtain its position. The requested extension concerns only the motions filed by Noblis and TechINT and does not change any deadline that applies to the United States.

**POINTS AND AUTHORITIES**

When an act must be done within a specified time, the Court may, for good cause, extend the time if a request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). In this case, extensions of time are granted only upon motion; such a motion should be filed three business days before the deadline, absent extenuating circumstances, and "must include alternative dates that have been agreed to by all parties." Standing Order ¶ 10, ECF No. 8. This motion is timely, is made before the deadline expires, and proposes a date agreed to by every Defendant that has appeared. The consenting and non-opposing Defendants will not be prejudiced by a one-week extension, and no deadline of the United States is affected.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and order that Plaintiff's responses to the motions to dismiss at ECF Nos. 15, 16, and 17 are due on or before October 26, 2026. A proposed order is submitted with this motion.

Dated: October 6, 2026

Respectfully submitted,

John M. Pierce

John M. Pierce (CA Bar No. 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
(321) 292-2366
jpierce@johnpiercelaw.com

*Attorney for Plaintiff Matthew Strickland*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I filed the foregoing motion and proposed order through the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Because no counsel has appeared for Defendant the United States of America, I will serve it with a paper copy by mail and file a separate certificate of that service.

Dated: October 6, 2026

John M. Pierce

John M. Pierce (CA Bar No. 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
(321) 292-2366
jpierce@johnpiercelaw.com

*Attorney for Plaintiff Matthew Strickland*