**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-02444-EGS |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall file his responses to the motions to dismiss at ECF Nos. 15, 16, and 17 by no later than October 26, 2026.

SO ORDERED.

Date: ____________________ ______________________________

EMMET G. SULLIVAN
United States District Judge

Copies to:
John M. Pierce, John Pierce Law P.C., 21550 Oxnard Street, 3rd Floor, Woodland Hills, CA 91367 (counsel for Plaintiff)
Dedra S. Curteman, Jackson Lewis P.C., 11790 Sunrise Valley Drive, Suite 400, Reston, VA 20191 (counsel for TechINT Solutions Group, LLC)
Micah E. Ticatch, Isler Dare, P.C., 1945 Old Gallows Road, Suite 650, Vienna, VA 22182 (counsel for Noblis, Inc.)
United States of America, c/o Civil Process Clerk, United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530