**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW STRICKLAND,<br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-02444-EGS |

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, I served copies of (1) Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (ECF No. 21); (2) the accompanying proposed order (ECF No. 21-1); and (3) the Court's Minute Order of October 7, 2026, granting that motion, on Defendant the United States of America, which has not yet appeared through counsel, by first-class United States mail, postage prepaid, addressed to:

Civil Process Clerk
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530

All other parties were served with ECF No. 21 and the Minute Order through the Court's CM/ECF system on the dates they were entered.

Dated: October 14, 2026

John M. Pierce

John M. Pierce (CA Bar No. 250443)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
(321) 292-2366
jpierce@johnpiercelaw.com

*Attorney for Plaintiff Matthew Strickland*