UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 26-2444 (EGS) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The United States of America, by and through counsel, respectfully moves the Court for a 30-day extension of time, or until November 16, 2026, to respond to the Complaint. Plaintiff, through counsel, consents to the relief sought herein. There is good cause for the requested extension.

1. On July 13, 2026, Plaintiff filed his Complaint and on August 18, 2026, served the U.S. Attorneys' Office with the Complaint.

2. The United States asks for a 30-day extension of time to respond to the Complaint because, due to a recent departure of the previously assigned Assistant U.S. Attorney, the undersigned is newly assigned to this case and he requires additional time to assemble and verify the facts it will need to appropriately and timely respond to the numbered allegations of the Complaint. In addition, the undersigned has filed multiple dispositive and non-dispositive motions (or oppositions and replies in relation to such motions) in active cases pending before the District and Circuit Courts, along with several answers and status reports. His responsibilities over the next couple of weeks will not abate. Thus, an extension will assist undersigned counsel in better

managing his docket and ensuring that his assigned cases are given the treatment and attention required.

3. As such, the undersigned counsel respectfully requests that the Court grant the relief sought in this motion by granting a 30-day extension for the response to the Complaint.

Dated: October 15, 2026

Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*
FITHAWI BERANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653

*Attorneys for the United States of America*