UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 26-2444 (EGS) |

**[PROPOSED] ORDER**

Upon consideration of the United States of America's motion for an extension of time, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the United States' response to Plaintiff's complaint is due on or before November 16, 2026

SO ORDERED.

______
Date

___________________________
United States District Court Judge