**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 1:26-cv-02444-EGS** |
| | ) | |
| | ) | |
| **TECHINT SOLUTIONS GROUP, LLC, *et al.*,** | ) | |
| | ) | |
| | ) | |
| ***Defendants*.** | ) | |
| | ) | |

**DEFENDANTS CONSENTED TO JOINT MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendant TechINT Solutions Group, LLC ("TechINT"), Noblis, Inc. ("Noblis"), and the United States of America, by respective counsel, jointly move the Court for entry of an Order extending the time for each Defendant to respond to the Amended Complaint filed by Matthew Strickland ("Plaintiff"). In support of this motion, Defendants state the following:

1. On October 26, 2026, Plaintiff filed his Amended Complaint (Dkt. 25) as a matter of course pursuant to Rule 15(a)(1)(B).

2. Accordingly, Defendants must file and serve their respective responsive pleadings to the Amended Complaint on or before November 9, 2026.

3. Defendants need additional time to respond to the new allegations in the amended pleading and to confer with their respective clients regarding the same.

4. Counsel for Plaintiff has consented to a 14-day extension of time for which each of the Defendants must file and serve its responsive pleadings (until Monday, November 23, 2026).

5. None of the Defendants have previously filed a motion to extend the time to file responsive pleadings to the Amended Complaint.[1]

6. Granting this motion will not delay the efficient and timely adjudication of this action and will not prejudice any party.

7. This motion is made in good faith and not for the purposes of delay.

8. The parties waive oral argument on this motion.

WHEREFORE, TechINT, Noblis, and the United States of America, by counsel, move the Court to issue an order setting November 23, 2026, as the date by which each Defendant must file and serve their responsive pleadings in this matter. A proposed Order is being filed simultaneously

Dated: October 29, 2026

Respectfully submitted,

/s/ Dedra S. Curteman
Dedra S. Curteman (D.C. Bar No. 90021492)
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
Tel: (703) 483-8333
Fax: (703) 483-8301
E-mail: Dedra.Curteman@jacksonlewis.com
*Counsel for Defendant TechINT*

*/s/ Micah E. Ticatch*
Edward Lee Isler, DC Bar No. 417076
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
*Counsel for Defendant Noblis, Inc.*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Fithawi Berhane
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov
*Attorneys for the United States of America*

[1] Defendants Noblis and TechINT previously sought and received a single extension to file their respective responsive pleadings to the original Complaint.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically send notification to all counsel of record.

*/s/ Micah E. Ticatch*
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*Noblis, Inc.*