**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**TECHINT SOLUTIONS GROUP, LLC, *et al*.,**<br><br>***Defendants*.** | ) | **Case No: 1:26-cv-02444-EGS** |

**ORDER**

Upon consideration of Defendants Consented to Joint Motion for Extension of Time to Respond to Amended Complaint ("Motion"), for good cause shown, and the entire record herein, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that each Defendant shall file their respective responsive pleadings to the Amended Complaint on or before November 23, 2026.

Date: ______________________, 2026

___________________________________
The Honorable Emmet G. Sullivan
United States District Judge