**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MATTHEW STRICKLAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-02444** |
| | ) | |
| **TECHINT SOLUTIONS GROUP, LLC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOBLIS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Noblis, Inc., by counsel, hereby moves to dismiss the claims asserted against it in the Amended Complaint because Plaintiff has failed to state a claim against Noblis. The grounds for this motion are set forth in the accompanying Memorandum of Support. Pursuant to Local Rule 7(f), Noblis requests an oral hearing for this motion.

Dated: November 23, 2026

Respectfully submitted,

/s/ Micah E. Ticatch

Micah E. Ticatch, DC Bar No. 1005398
Edward Lee Isler, DC Bar No. 417076
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Noblis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for Noblis, Inc.*