UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW STRICKLAND,<br>Plaintiff,<br>v.<br>TECHINT SOLUTIONS GROUP, LLC, et al.,<br>Defendants. | Civil Action No. 26-2444 (EGS) |

**FEDERAL DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), the United States of America, by and through undersigned counsel, respectfully moves to dismiss the FTCA claim asserted against the United States in the Amended Complaint filed by Plaintiff, Matthew Strickland. In support thereof, the United States respectfully directs the Court's attention to the memorandum of points and authorities filed herewith. A proposed order is also enclosed.

* * *

Dated: November 23, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*

FITHAWI BERHANE
Assistant United States Attorney
U.S. Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for the United States of America*