UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATTHEW STRICKLAND,

Plaintiff,

v.

TECHINT SOLUTIONS GROUP, LLC, et al.,

Defendants.

Civil Action No. 26-2444 (EGS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Federal Defendant's Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that the Federal Defendant's motion is GRANTED; and it is further

ORDERED that the FTCA claim against the United States is dismissed and the United States is dismissed as a party to this action. SO ORDERED, this _______ day of _______________, 2026.

___________________________________

United States District Judge