**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHINT SOLUTIONS GROUP, LLC<br><br>and<br><br>NOBLIS, Inc., *et al.*,<br><br>Defendants. | Civil Action No. 26-02444 (EGS) |

**DEFENDANT TECHINT SOLUTIONS GROUP, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant TechINT Solutions Group, LLC ("TechINT"), by and through undersigned counsel, respectfully moves to dismiss Plaintiff Matthew Strickland's ("Plaintiff's") Amended Complaint in its entirety as to Defendant TechINT pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim. As explained more fully in Defendant TechINT's accompanying Memorandum in Support of its Motion to Dismiss, Plaintiff's Amended Complaint fails to state a claim of whistleblower reprisal under 41 U.S.C. § 4712, the only claim Plaintiff now asserts against TechINT.

* * *

Date: November 23, 2026

Respectfully submitted,

*/s/ Dedra S. Curteman*

Dedra S. Curteman (D.C. Bar No. 90021492)
Andrea M. Belanger (D.C. Bar No. 1780069)
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
Tel: (703) 483-8333
Fax: (703) 483-8301
E-mail: Dedra.Curteman@jacksonlewis.com
Annie.Belanger@jacksonlewis.com

*Counsel for Defendant TechINT*