**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MATTHEW STRICKLAND,

Plaintiff,

v.

TECHINT SOLUTIONS GROUP, LLC

and

NOBLIS, Inc., *et al.*,

Defendants.

Civil Action No. 26-02444 (EGS)

**ORDER**

UPON consideration of TechINT Solutions Group, LLC's Motion to Dismiss Plaintiff's Amended Complaint, it is hereby

ORDERED that the motion is GRANTED; and the claims against TechINT Solutions Group, LLC are hereby DISMISSED WITH PREJUDICE for failure to state a claim.

**Dated: ____________________, 2026**

______________________________________
Hon Emmet G. Sullivan
United States District Judge

*Copies to*:

Dedra S. Curteman, DC Bar No. 90021492
Andrea M. Belanger (D.C. Bar No. 1780069)
JACKSON LEWIS, P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, VA 20191
Dedra.Curteman@jacksonlewis.com
Annie.Belanger@jacksonlewis.com
*Counsel for TechINT Solutions Group, LLC*

Micah E. Ticatch, DC Bar No. 1005398
Edward Lee Isler, DC Bar No. 417076
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
mticatch@islerdare.com
eisler@islerdare.com
*Counsel for Noblis, Inc.*

John M. Pierce
CA Bar No. 250443
JOHN PIERCE LAW P.C.
21550 W. Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel: (321) 292-2366
Email: jpierce@johnpiercelaw.com
*Attorney for Plaintiff Matthew Strickland*

Charles Ross, Esq.
Charles Ross Law, PLLC
2001 L Street, NW, Ste. 500
Washington, D.C. 20036
Charles@charlesrosspllc.com
*Counsel for Plaintiff*